**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SAVVAS PAVLIDIS | : | Chapter 13 |
| | EVA PAVLIDIS | : | |
| | | : | |
| | Debtor(s) | : | Bky. No. 09-13564 ELF |

# O R D E R

AND NOW, the Debtors having commenced this case by filing a bankruptcy petition on **May 13, 2009**,

AND, the Debtors having requested an extension of time to file the documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007(a), (b),

AND, by order dated **June 16, 2009**, the court having granted an extension until **June 19, 2009** to file the required documents,

AND, the Debtors having failed to file the required documents by the deadline established by the court's order,

AND, more than forty-five (45) days having passed since the filing of the bankruptcy petition in this case,

AND, 11 U.S.C. §521(i) providing that, subject to certain exceptions not applicable here, if an individual debtor fails to file all of the documents required by 11 U.S.C. §521(a)(1) within forty-five (45) days after the date of the filing of the petition, the case shall be "automatically dismissed,"

It is hereby **ORDERED** that the above captioned bankruptcy case is **DISMISSED**.

Date:  July 1, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE